IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CLARK,

    Petitioner,           No. CIV-S-02-0709 LKK KJM HC

    vs.

EDWARD S. ALAMEIDA, JR.,

    Respondent.         ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner challenges the execution of his sentence.

        The court has reviewed the file in this matter and it appears that petitioner has not exhausted state court remedies with respect to any federal claim regarding the execution of his sentence. See Answer, Exhibit L. Petitioner may not obtain relief with respect to any claim unless, with respect to that claim, state court remedies have been exhausted. 28 U.S.C. § 2254(b)(1).

        Respondent does not assert failure to exhaust state court remedies as a defense in respondent's answer. However, the defense is not waived unless respondent expressly waives. 28 U.S.C. § 2254(b)(3).

////

1

Good cause appearing, IT IS HEREBY ORDERED that respondent inform the court within five days of this order whether he waives the defense of failure to exhaust state court remedies prior to filing suit.

DATED: June 20, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

---

1 clar0709.ext